```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

ANTONIO SANTOS,

                Plaintiff,

    - against -

MILEA TRUCK SALES CORP., et al.,

                Defendants.

23-cv-2479 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The case is **stayed** pending mediation. The parties should submit a status report within 7 days after the conclusion of mediation.

SO ORDERED.

Dated:    New York, New York
              June 7, 2023

                                            John G. Koeltl
                                  United States District Judge