```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

ANTONIO SANTOS, ET AL.,

            Plaintiffs,

   - against -

MILEA TRUCK SALES, CORP., ET AL.,

            Defendants.

─────────────────────────────────────

23-cv-2479 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On August 3, 2023, this Court was notified that mediation was held in this case and the parties reached agreement on all issues. ECF No. 14. Pursuant to the Court's June 7, 2023 Order referring the case to mediation, the parties were required to report to the Court on the status of the mediation within 7 days of the conclusion of mediation. To date, no such status report has been filed.

The parties are directed to report to the Court on the status of this action by **August 25, 2023.** If the parties have reached a settlement, then by that same date, the parties should submit their settlement to the Court for a fairness review and approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), along with an explanation as to why the settlement is fair and reasonable. The stay pending mediation is hereby **lifted.**

**SO ORDERED.**

Dated:    **New York, New York**
             **August 16, 2023**

                                       /s/ John G. Koeltl
                                           **John G. Koeltl**
                              **United States District Judge**