```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

ANTONIO SANTOS, ET AL.,

               Plaintiffs,

    - against -

MILEA TRUCK SALES, CORP., ET AL.,

               Defendants.

                        23-cv-2479 (JGK)

                        ORDER

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    On August 3, 2023, this Court was notified that mediation was held in this case and the parties reached agreement on all issues. ECF No. 14. In an August 16, 2023 Order, the Court noted that the parties had missed the 7-day deadline to report on the status of the mediation and directed the parties to submit their settlement for a Cheeks fairness review by August 25, 2023. ECF No. 15; see also Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). To date, the parties have not submitted their settlement agreement. The time for the parties to submit their settlement, along with an explanation as to why the settlement is fair and reasonable, is **extended** to **September 15, 2023.**

**SO ORDERED.**

**Dated:**    **New York, New York**
             **August 31, 2023**

                                              /s/ John G. Koeltl
                                      _____
                                         **John G. Koeltl**
                                **United States District Judge**