UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
ANTONIO SANTOS, *individually*              CASE NO: 1:23-cv-2479 (JGK) (SN)
*and on behalf of others similarly situated,*


*Plaintiff,*

vs.

MILEA TRUCK SALES, CORP., *a New York corporation*, and BARRY MILEA, *an individual*,

*Defendants.*
-------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that Plaintiffs, ANTONIO SANTOS and JEFFERSON PUJOLS, pursuant to Fed. R. Civ. P. 68, hereby accepts the Offer of Judgment made by Defendants, BARRY MILEA and MILEA TRUCK SALES, CORP. dated August 31, 2023, which is attached hereto as Exhibit "A".

DATED this 7th day of September 2023.

Respectfully Submitted,

LAW OFFICES OF NOLAN KLEIN, P.A.
Attorneys for Plaintiff
5550 Glades Road, Suite 500
Boca Raton, FL 33431
PH: (954) 745-0588

By _____
NOLAN KLEIN, ESQ.
(NK 4223)
klein@nklegal.com
amy@nklegal.com

11