UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
ANTONIO SANTOS, *individually*
*and on behalf of others similarly situated,*

CASE NO: 1:23-cv-2479 (JGK) (SN)

*Plaintiff,*

vs.

MILEA TRUCK SALES, CORP., *a New York corporation,* and BARRY MILEA, *an individual,*

*Defendants.*
---------------------------------------------------------X

# [PROPOSED] JUDGMENT

**WHEREAS,** pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants, BARRY MILEA and MILEA TRUCK SALES, CORP. (collectively, "Defendants"), offered to allow Plaintiffs, ANTONIO SANTOS and JEFFERSON PUJOLS ("Plaintiff") to take a judgment against them in this case; and

**WHEREAS,** Plaintiffs accepted Defendants' offer;

NOW THEREFORE, it is **ORDERED AND ADJUDGED,** that judgment is entered in favor of Plaintiffs and against Defendants in the amount of SIXTY THOUSAND DOLLARS and ZERO CENTS ($60,000.00), inclusive of attorneys' fees and costs, and the clerk is directed to close the case.

Dated:
9/7/23

_____
US DISTRICT COURT JUDGE

13